FILED '08 MAY 22 10:52 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

JOSEFA RODRIGUEZ,

          **Plaintiff,**

v.                                      Civil No. 07-690-TC

COMMISSIONER, SOCIAL SECURITY
    ADMINISTRATION,

          **Defendant.**

## JUDGMENT

Pursuant to sentence four of 42 USC 405(g), this action is reversed and remanded to Defendant Commissioner for further proceedings.

Dated: May 22, 2008.

_____
United States Magistrate Judge

**JUDGMENT**